UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDELL JOHNSON, | No. C 10-416 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| Warden JAQUEZ, | |
| Respondent. | |

Respondent's application to file an oversized brief is GRANTED. (Docket # 48.) The memorandum of points and authorities filed at Docket # 47-1 with 29 pages of text is permitted.

Petitioner filed a document entitled "Order Setting Briefing Schedule . . . (Motion To Dismiss)" (Docket # 51) in which he asked for his release because respondent's answer to the order to show cause was due on September 28, 2012 and he had not received it by October 1, 2012. Respondent's counsel originally sent the answer and supporting documents to petitioner at Pelican Bay State Prison, rather than to petitioner's current address at CSP-Sacramento. Respondent sent a replacement copy of the documents to petitioner at CSP-Sacramento on October 1, 2012. *See* Docket # 50. In light of respondent's delay in serving the documents on petitioner at the correct address, the court now extends the deadline for petitioner's traverse. Petitioner must file and serve his traverse no later than **November 21, 2012.**

IT IS SO ORDERED.

DATED: October 15, 2012

SUSAN ILLSTON
United States District Judge