UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDELL L. JOHNSON, | No. C 10-416 SI (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAQUEZ, Warden, | |
| Respondent. / | |

The petition for writ of habeas corpus is denied. Judgment is hereby entered in favor of respondent.

**IT IS SO ORDERED**.

DATED: May 23, 2014

SUSAN ILLSTON
United States District Judge